# CRIMINAL DOCKET
## United States District Court for the District of Columbia

$p$

CASE CLOSED

| PARTIES | ATTORNEYS | G. J. NO. | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES | U. S. ATTORNEY Robinson | | 994-71 |
| vs. | | | GASCH, J. #1 |
| | | | HART, J. #- |
| 1. EUGENE J. CUNNINGHAM | 1. Edward Menard | 664-71 | |
| PDID 202712  (3-30-46) | 123 Appletree Lane, SE | | CHARGE: Carnal Knowledge; tak. |
| 2. DAVID A. WILEY | 2. James Respess -A/C | 664-71 | Indecent Liberties w/min child (22 DCC 2801, 3501 |
| PDID 191317  (11-26-47) | 1401 K Street, N.W. | | |
| | 910 17th St., NW | | |
| | #1: Edward J. Menard | DATE FILED | BOND: |
| | 123 Appletree La., S.E.1. | 5-24-71 | Personally/cond-3rd par |
| | #1: John Lewis Smith, III. | 11-22-71 | custody, US-MAG |
| 1. David Meyers (APPEAL) | 1425 "H" St., N.W. | | 1825 13th St.,N.W. |
| 1730 M St., N.W. | 2. | 12-21-71 | $5000.00 Wisconsin SUPar |
| | #1: John G. Kellan (Appeal) | | |
| 2. Lois J. Shiffer (APPEAL) | 815 Conn. Ave., N.W. #2 | 11-19-73 | APPEAL --P.R. |
| 1751 N St. NW | #1: Edward J. Menard a/c | | 1904 T St. N.W. |
| | 123 Appletree Lane, S.E | | 769 Morton St,NW |

| DATE | | PROCEEDINGS  1,2, BAR |
|---|---|---|
| 1971May | 25 | INDICTMENT FILED  (2 Counts) |
| 1971Jun | 11 | 1: Copy of indictment given to deft. |
| | | ARR; PNG entered.  Status hearing June 25, 1971 at 9:30 a.m.; P.R. |
| | | 2: ARR contd. to June 25, 1971 at 9:30 a.m. |
| | | HART,J.  Rep-E.A.Kaufman  1.E.Menard & J.Respess, attys |
| 1971 Jun | 25 | 1,2:  Status hearing.  Trial to be set later: 1.PR.  2. Copy of Ind. given to deft. |
| | | ARR: PNG ent.; Rem. |
| | | HART,J., Rep.-E. Kaufman,  E. Menard, J. Respess,Attys. |
| 1971Aug | 13 | 1:  Authorization for transcript of preliminary hearing.  HART. J.  #0685 |
| 1971 Sept | 1 | 1:  PR revoked on Court's own motion.  B.W. ordered & issued.      HART,J. |
| 1971Nov | 22 | #1-BW withdrawn.  Left. continued on PR. |
| | | EACH: Case called for trial and continued to February 7, 1972; #1-PR #2 Rem. |
| | | Reporter-E. A. Kaufman; #1. Edward Menard & #2. James Respess,, ATTYS; |
| | | HART,J. |
| 1971Nov | 24 | #1: B.W. iss. 9-1-71 returned unexecuted & withdrawn. |
| 1971Dec | 7 | #2: Mo to review & modify conditions of release to bail pending trial, pro se, |
| | | Denied without prejudice (Fiat-HART,J.) (N) |
| (CONTINUED) | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. Eugene J. Cunningham

United States vs. 2. David A. Wiley......    Cr. No. **994-71**    Supplemental Page No. ...1...

| Date | | Proceedings | |
|---|---|---|---|
| 971 Dec | 21 | #2: Recognizance in the sum of $5000 taken with Wisconsin Surety at Po.Hdqt.12-20-71 | ● |
| 972 Mar | 13 | #2: Motion for issuance of subpoena, GRANTED.  HART, J. | |
| 972 Mar | 15 | EACH: Status hearing 3-24-72 at 9:30 a.m.; #1: PR; #2: Bond. | |
| | | HART, J.   Rep. Jack Maher   E. Menard & J. Respess, Attys. | |
| 1972 Mar | 24 | EACH: Trial set May 22, 1972; #1-PR;  #2-Bond. | |
| | | HART,J   Rep-E.A.Kaufman   1-Ed.Menard,Atty   2-J.Respess,Atty | |
| 972 Apr | 6 | #2: Change of address of attorney. | |
| 972 May | 15 | 1: Personal recognizance revoked on the Court's motion;  BENCH WARRANT ordered and | |
| | | issued. HART,J.      Returned 5-2-74 from So. Dist. of New York (See 7-10-72 entry) | ● |
| 972 May | 15 | 2: Bond revoked on the Court's motion; Surety Exonerated; Commitment issued. | |
| | | HART,J. | |
| 972 May | 17 | #2: Copy of letter of 5-12-72 to Judge Hart from Bail Agency. | |
| 972 May | 21 | EACH: Defts. severed for trial. | |
| | | #2: Jurors sworn on voir dire; jury and 2 alts. sworn; trial begun.  Count 2 dis- | |
| | | missed by the Court; alt. jurors discharged; jury begins deliberations; | |
| | | VERDICT: Guilty as charged on Count 1 (Carnal Knowledge).  Referred and re- | |
| | | manded to custody. HART, J.   Rep: E. Kaufman   J. Respess, Atty. #2 | |
| | | Retyped Indictment. | |
| 972 Jul | 10 | #1: Warrant of Removal & Final Commitment from Southern District of N.Y.; | |
| | | Deft. committed to D.C.Jail; commitment issued. | |
| 1972 Jul | 12 | #2: Motion for Judgment of Acquittal NOV or for new trial; c/s: p/a. | |
| 1972 Jul | 13 | #2: Motion for judgment of acquittal N.O.V. or for a new trial, Denied (fiat)(N) | |
| | | HART,J. | |
| 1972 Jul | 14 | #1: Case called for status hearing and continued to 7-21-72; remanded. | ● |
| | | HART, J.   Rep: E. Kaufman   E. Menard, Atty. | |
| 972 Jul | 21 | #1: Case called for status hearing.  Remanded.  #1: Order committing deft. to St. | |
| | | Elizabeth Hospital for 60 days. HART,J. (N) | |
| Aug. | 2 | #1: ORDER dated 7/24/72 vacating Edward Menard and appointing John Lewis Smith as | |
| | | counsel for deft. filed. (affl. on file) BURNETT, MAG. #141526 | |
| Aug. | 18 | #2: SENTENCE:  Not less than 4 years and not more than 12 years.  The Court | |
| | | recommends that the Attorney General select a suitable place of confinement for this | |
| | | deft.;  Remanded to custody | |
| | | Judgement and commitment | ● |
| | | HART, J.   Rep: Jack Maher   G-Robinson   D-James Respess | |
| Aug. | 18 | #2:  Notice of appeal from sentence of 8-18-72 and denial of motion for new trial. | |
| Aug. | 22 | #2:  Copy of docket entries sent to USCA & US Atty.  Copies of notice of appeal sent | |
| | | to USCA, US Atty, Atty. & Deft. | |
| (CONTINUED) | | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. Eugene J. Cunningham

United States vs. ... 2. David A. Wiley ... ... ... ... Cr. No. ... 994-71 ... .. Supplemental Page No. ..2...........

| DATE | | PROCEEDINGS |
|---|---|---|
| | | #2: |
| 1972Aug | 28 | ORDER referring appointment of counsel to USCA.  HART, J. |
| 1972Aug | 29 | #2: Authorization for transcript of trial May 21, 1972; HART, J. |
| 1972Sep | 8 | #2:Transcript of Proceedings of 5-22-72;Pages 1-104;Court copy;Rep-E.A.Kaufman |
| 1972Sep | 20 | #2: Record on appeal delivered to USCA; in forma pauperis (Clerk's fee $3.75 with |
| | | copy). |
| * | | Receipt from USCA for original record. |
| 1972Oct | 2 | #2: Certified copy of Order USCA dated 9-29-72 Appointing John G. Keller, 815 Conn. |
| | | Avenue, N.W. |
| 1972Oct | 5 | #2: TRANSCRIPT OF PROCEEDINGS OF 8-18-72;Pages 1 through 2;Clerk's Copy;Rep-Maher |
| 1972Oct | 6 | #1: Case called for competency hearing.  Counsel stipulate to the competency of |
| | | the deft. to stand trial. (Order to be presented) Trial set 10-26-72; |
| | | remanded. HART, J.   Rep: E. Kaufman   Edward Menard, Atty. |
| 1972Oct | 10 | #2: Authorization for transcript of sentence Aug. 18, 1972. HART, J.  #54440 (Maher) |
| 1972Oct | 13 | #2: Supplemental  Recordon Appeal delivered to USCA;In Forma Pauperis (Clerk's fee |
| | | 50c); Receipt from USCA for Supplemental Record. |
| Oct. | 20 | #1: ORDER dated 10/17/72 vacating John Lewis Smith, III, and appointing Edward J. |
| | | Menard counsel for deft. #1 Nunc Pro Tunc 10/5/72. filed. (affi. on file) |
| | | BURNETT, MAG. #111495 |
| 1972Oct | 25 | #1: Reassigned to Judge Gasch.   HART,J. |
| 1972Oct | 26 | #1: Jury & two (2) alternates sworn; trial begun; VERDICT; GUILTY Count 1, |
| | | (Carnal Knowledge) Court instructed Jury not to consider Ct. two (2) if |
| | | finding of Guilty as to Ct. One; Referred & Committed; Commitment Issued. |
| | | GASCH, J.   Rep-D.Duschaine;   E.Menard; Atty. |
| 1972Dec | 20 | #2: Motion for release pending appeal and Attachment. |
| 1973Jan | 2 | #2: Motion for release pending appeal.  Upon consideration of this motion and the |
| | | files and records of this case, the Court does not find by clear and |
| | | convincing evidence that deft is not likely to flee or pose a danger to any |
| | | other person, and further that a substantial question of law or fact likely |
| | | to result in a reversal or order for a new trial is raised by this appeal. |
| | | Motion DENIED. (FIAT-HART,J.) (N) |
| 1973Jan | 4 | #1: Case called for sentence; deft. has escaped from Lorton Reformatory; bench |
| | | warrant ORDERED and issued. GASCH, J.   Rep: D. Duschaine |
| 1973Jan | 4 | #1: Order authorizing transcript of trial of Eugene Cunningham 10-26-72 with |
| | | attached memorandum, GASCH,J. #54441. (Duschaine) |
| 1973Jan | 26 | TRANSCRIPT of proceedings of October 26, 1972; pages 1-79; D.Duschaine; Reporter, |
| | | D.B.Duschaine. |
| * 1972Sep | 29 | Letter dated 9-29-72 from St. E's advising that Deft is COMPETENT(CONTINUED) |
| | | for trial |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. EUGENE J. CUNNINGHAM
United States vs. 2. DAVID A. WILERY.................................    Cr. No. 994-71 .................    Supplemental Page No. 3

| DATE | | PROCEEDINGS | |
|---|---|---|---|
| 973Feb | 7 | #2: Certified copy of order entered USCA 2-6-73 holding motion for release in abeyance and remanding record to District Court to comply with Rule 9B- Record returned from USCA. Receipt acknowledged. | ● |
| 973Feb | 12 | #2: Statement of reasons pursuant to Rule 9(b) FRA Procedure and Order denying deft's motion for release pending appeal. HART,J.(N) | |
| 973Feb | 14 | #2: Supplemental record on romand and return of original and supplemental records. Receipt acknowledged. | |
| 1973Feb | 20 | #1: Record returned TRANSCRIPT OF PROCEEDINGS of 2-20-73;Pages 1-3;Clerk's copy; . Rep-J.Maher | ● |
| 1973Feb | 20 | #1: SENTENCE: Five (5) years to 15 years, concurrently. GASCH, J.   Rep: J. Maher Edward Menard, Atty. Judgment and Commitment. | |
| 973Feb | 22 | #1: Notice of appeal from sentence of Feb. 20, 1973. | |
| 973Feb | 22 | #1: Copy of docket entries sent to USCA & US Atty. Copies of notice of appeal sent to USCA, US Atty. Atty. and deft. | |
| 973Feb | 26 | #1: ORDER referring appointment of counsel to USCA. GASCH, J. | |
| 973Mar | 5 | #2: CERTIFIED COPY OF ORDER from USCA 3-5-73 denying defts. motion for release pending appeal. | |
| 973Mar | 16 | #1: ORDER authorizing transcript of trial on Oct. 26, 1972. GASCH, J. #95583   (Duschaine) | ● |
| 973Mar | 19 | #1: Certified copy ORDER USCA dated 3-19-73 appointing John G. Keller, & directing Clerk of the District Court to transmit the record as promptly after filing of transcripts as business of office will permit. | |
| 1973Mar | 20 | #1: RECORD ON APPEAL delivered to USCA; receipt acknowledged. | |
| 973Mar | 22 | #1: BENCH WARRANT issued 1-4-73 returned executed; deft. in D.C. Jail. | ● |
| 973Apr | 11 | #1: CERTIFIED copy of ORDER USCA dated 4-10-73 vacating John G. Keller and appointing David Meyers, 1730 M St., N.W. | |
| CONTINUED) | | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. EUGENE A. CUNNINGHAM

United States vs. 2. DAVID A. WILEY ............ Cr. No. 994-71 ......... Supplemental Page No. 4

| DATE | | PROCEEDINGS |
|------|---|-------------|
| 1973Aug | 15 | #2: SECOND MOTION for release pending appeal; c/s. |
| 1973 Aug | 28 | #2: Second motion for release pending appeal, denied. Defendant would pose a danger to the public if released and no reasonably enforcable conditions of release would alleviate this danger. (fiat) (N) HART, J. |
| 1973Nov | 16 | #2: CERTIFIED copy of ORDER entered USCA 11-16-73 for release of deft. on personal recognizance with conditions. |
| 1973 Nov | 19 | #2: ORDER for release on Personal Recognizance with third-party custody and conditions set by order of the USCA 11/16/73. Defendant released; Release issued, HART, J. |
| 1974Jan | 14 | #2: CERTIFIED copy of Judgment entered USCA 10-12-73 REVERSING the Judgment of District Court; OPINION. |
| 1974Jan | 25 | #2: CASE called for hearing on REVERSAL by the U.S.Court of Appeals of this Court' Judgment and continued to Feb. 15, 1974 at 10 A.M. for status call; parties may fil any motions in the meantime; personal recognizance. HART, J. Rep-J.Blair Lois Schiffer,Atty (appted by USCA) |
| 1974Jan | 29 | #2: RECORD returned 1-29-74 from USCA; receipt acknowledged. |
| 1974Jan | 31 | #2: MOTION for dismissal of indictment; P/A |
| 1974Feb | 12 | #2: OPPOSITION of Government to Defendant's Motion to Dismiss indictment; C/S |
| 1974Feb | 15 | #2: CASE called for hearing on defendant's motion to dismiss the indictment and continued pending order of the U. S. Court of Appeals; TRIAL is tentatively set for March 19, 1974 at 10 A.M.; personal recognizance. (Defendant's new address: 769 Morton St. ,N.W.), HART,J Rep-Joan Blair Lois Schiffer,Atty |
| 1974Feb | 15 | #2: REPLY of defendant to Government's Opposition to Motion to Dismiss the indictment; C/S |
| Feb | 28 | #2: ORDER dated 2-26-74 appointing James W. Respess counsel for deft. Filed, (See Cr # 994-71) Nunc Pro Tunc 2-20-74 DWYER,MAG. #209952 |
| (CONTINUED) | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. EUGENE J. CUNNINGHAM

United States vs.  2. DAVID A. WILEY          Cr. No.        994-71     Supplemental Page No.  A 5

| Date | | Proceedings | | |
|---|---|---|---|---|
| 1974 Feb | 28 | #2: MOTION of defendant for dismissal of the indictment. Denied.(fiat)(N)  HART,J. | | ● |
| 1974 Mar | 18 | #2: MOTION to dismiss indictment for lack of speedy trial; C/S | | |
| 74 Mar | 19 | #2: MOTION of defendant to dismiss the indictment for lack of speedy trial. DENIED; (fiat) (N)  HART, C.J. | | |
| | | #2: JURY and two alternates sworn; TRIAL begun; respited to Mar. 20, 1974 at 10 A.M.; personal recognizance.  HART, C.J.    Rep-E.A.Kaufman    James W. Respess,Atty | | ● |
| 1974 Mar | 20 | #2: TRIAL RESUMED; same jury & two alternates; alternate jurors discharged; VERDICT: GUILTY AS CHARGED COUNT ONE (Carnal Knowledge); jury discharged; referred; defendant committed; commitment issued. | | |
| | | LIST of Prospective Witnesses,filed | | |
| | | COPY of Indictment, deleting Count Two, filed. | | |
| | | HART,C.J.    Rep-E.A.Kaufman    James W. Respess,Atty | | |
| 1974 Mar | 25 | #2:TRANSCRIPT OF PROCEEDINGS of 3-20-74; Pages 2; Court copy; Rep-E.A.Kaufman | | |
| 1974 Mar | 27 | #2: CERTIFIED copy of Order entered USCA 3-21-74 denying Motion for reconsideration. | | |
| Mar | 29 | #2: NOTICE of appeal from Oral ruling of March 20, 1974; Denial of bial. | | |
| Mar | 29 | #2: COPIES of docket entries to AUSA & USCA, Copies of Notice of Appeal to AUSA, USCA, Atty & Deft. | | ● |
| Mar | 29 | #2: ORDER referring appointment of counsel to U.S.C.A.  HART, C.J. | | |
| Apr | 2 | #2: ORDER DENYING MOTION for bail Pending Appeal --------- HART, C.J. | | |
| 1974 Apr | 2 | #2: MOTION to enter written order; P/A; C/S | | |
| | | #2: ORDER denying defendant's oral motion for bail pending sentencing for the reasons set forth orally on Mar. 20, 1974. (N)  HART,C.J. | | |
| | | #2: PRELIMINARY RECORD ON APPEAL delivered to USCA; receipt acknowledged. | | ● |
| 1974 Apr | 19 | #2: SENTENCED: Not less than 4 years and not more than 12 years; Remanded. | | |
| | | JUDGMENT & COMMITMENT | | |
| | | HART, C.J.    Richard Mattson, Rep.    James Respess, Atty | | |
| (CONTINUED) | | | | |

CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs.  1. EUGENE J. CUNNINGHAM
2. DAVID A. WILEY      Cr. No. 994-71      Supplemental Page No. 5 6

| DATE | | PROCEEDINGS |
|---|---|---|
| 1974 Apr | 19 | #2: NOTICE of appeal from Verdict of 3-20-74 and sentencing on 4-19-74. |
| Apr | 19 | #2: COPIES of Notice of Appeal to AUSA, USCA, Atty & Deft. Copies of docket entries to AUSA & USCA. |
| Apr | 23 | #2: ORDER authorizing transcript of trial on 3-19-74; (Rep: E.A.Kaufman) HART, C.J.  #120651 |
| Apr | 26 | #2: TRANSCRIPT of Proceedings of 3/19/74; Pages 1 - 53; Rep-E.Alfred Kaufman TRANSCRIPT of Proceedings of 3/20/74; Pages 54 - 125; Rep-E. Alfred Kaufman |
| Apr | 29 | #1: RECORD returned 4-29-74 from USCA; receipt acknowledged. |
| Apr ** | 30 | #2: SUPPLEMENTAL RECORD returned from USCA; receipt acknowledged. |
| May | 2 | #2: CERTIFIED copy of ORDER USCA dated 5-1-74 APPOINTING Lois J. Shiffer 1751 N St. N. W. & directing Clerk of District Court to transmit the record as promptly after the filing of transcript as business of office permits. |
| ** May * | 1 | #2: RECORD on Appeal delivered to USCA; Receipt acknowledged. |
| May | 14 | #2: ORDER authorizing transcript of sentencing 4/19/74; (Rep-R. Mattson). HART, C.J.  #54445 , VOIDED - 6-11-74. |
| *May | 10 | #2: CERTIFIED copy of Order USCA 5-9-74 denying motion for release pending sentencing & appeal. |
| 1974 May | 21 | #1: CERTIFIED copy of Judgment entered U.S.C.A. 4-25-74 affirming Judgment of District Court. |
| 1974 May | 28 | #2: TRANSCRIPT of PROCEEDINGS of 4-19-74; Pages 1-3 Rep. Richard L. Mattson |
| 1974 May | 29 | #2: LETTER from defendant requesting four months credit for time spent with RAP (Halfway House) FIAT HART,CJ (N) |
| 1974 Jun | 4 | #2: SUPPLEMENTAL RECORD delivered to USCA; Receipt acknowledged. |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

#1  EUGENE J. CUNNINGHAM

United States vs #2  DAVID A. WILEY ..................... ........................  Cr. No.  994-71      Supplemental Page No. .......7.....

| DATE | | PROCEEDINGS | |
|---|---|---|---|
| 1974 | Jun 12 | #2: TRANSCRIPT OF PROCEEDINGS of 4-19-74; pages 1 thru 3 Courts Copy, Rep. R. Mattson | |
| Jun | 17 | #2: SUPPLEMENTAL record delivered to USCA.  Receipt acknowledged. | |
| Oct. | 18 | #2:  MOTION to inspect pre-sentence reports.  P/A. | |
| | | Motion for issuance of subpoena for Police Records pursuant to the | |
| | | provisions of Rule 17 (c), Federal Rules Criminal Procedure.  P/A.  C/S. | |
| Oct. | 22 | #2:  MOTION for issuance of subpoena for police records; DENIED. (fiat) | |
| | | HART, C.J. | |
| Oct. | 22 | #2:  MOTION to inspect pre-sentence reports; DENIED.  Presentence report will | |
| | | be made available to U.S. Court of Appeals upon request by them. (fiat) HART, C.J. | |
| Nov. | 7 | #2:  MOTION for a new trial on ground of ineffective assistance of counsel. | |
| | | C/S.  P/A.  Exhibit A, B, C, D, E, F, G, and H. | |
| Nov. | 7 | #2:  CERTIFIED copy of order from USCA directing Clerk to transmit under seal | |
| | | pre-sentence reports as a supplemental record on appeal. | |
| Nov. | 11 | #2:  ORDER denying defendant's motion for a new trial on ground of ineffective | |
| | | assistance of counsel. (N)                                   HART, C.J. | |
| Nov. | 12 | #2: SUPPLEMENTAL RECORD ON APPEAL delivered to USCA:(74-1471) Receipt acknowledged | |
| Nov. | 13 | NOTICE of Appeal #2 of Order of 11-11-74, denying motion for new trial on ground | |
| | | of ineffective assistance of counsel. | |
| Nov. | 15 | COPY of docket entries #2, to U.S.C.A. and U. S. Atty. | |
| | | Copies of Notice of appeal to U.S.C.A., U. S. Atty, Attorney and defendant. | |
| Nov. | 18 | LEAVE to appeal of defendant #2 witheld prepayment of cost, denied as frivolous | |
| | | and not taken in good faith.  Appeal already pending. (fiat)    HART, C.J. | |
| CONTINUED | | | |

# CRIMINAL DOCKET

United States vs 1 . EUGENE J. McCRACKEN
2 . DAVID A. WILEY

United States District Court for the District of Columbia

Cr. No. 994-71 ...... Supplemental Page No. 8

| Date | | Proceedings |
|------|------|-------------|
| 1974 Dec | 16 | #2: CERTIFIED copy of Order U.S.C.A. of 12-13-74, granting defendants motion for leave to proceed on appeal in forma pauperis. The Clerk of the District Court is directed to transmit the certified original record on appeal to this Court as promptly as the business of his office permits. |
| Dec | 19 | #2: CERTIFIED copy of Order U.S.C.A. of 12-13-74, granting defendant's motion for leave to proceed on appeal in forma pauperis, to U.S.C.A., U. S. Atty, Attorney and defendant. |
| | | #2: Copy of docket entries to U.S.C.A. and U. S. Attorney. |
| Dec | 20 | #2: RECORD on appeal delivered to U.S.C.A., receipt acknowledged. |
| 1975 Jan | 8 | #2: CERTIFIED copy of Order U.S.C.A. dated 12-26-74 appointing Lois J. Schiffer. |
| Feb | 12 | #2: SECOND MOTION for release pending appeal. C/S. Attachment. |
| Feb | 13 | #2: SECOND motion for release pending appeal, denied. (flat) (N)   HART, C.J. |
| Feb | 21 | #2: STIPULATION to transmit Government's Exhibits # 1,5, and 7, as a supplemental record on appeal in Case No's 74-1471 and 74-2119; |
| Feb | 31 | #2: Government Exhibits #1,5, and 7. |
| Feb | 21 | #2: SUPPLEMENTAL record on appeal delivered U.S.C.A., receipt acknowledged. #74-1491 and 74-2119. |
| Mar | 10 | #2: CERTIFIED copy of Order U.S.C.A. dated 3-7-75 setting unsecured $5,000.00 appearance bond with third party custody and conditions.  Mrs Dan Wiley 769 Morton St. N. W., Washington, D. C. Per Order U.S.C.A., releasing defendant on $5,000.00 insecured bond with third party custody and conditions. Appearance bond of $5,000.00 unsecured taken by defendant with conditions and third party custody. |

CONTINUED

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. EUGENE J. CUNNINGHAM

United States vs. 2. DAVID A. WILEY .................... Cr. No. 994-71 ...... Supplemental Page No. 9

| Date | | | Proceedings | |
|---|---|---|---|---|
| 1975 Sep | 16 | #2: | CERTIFIED copy Judgment entered USCA dated 8-22-75, reversing Judgment of the District Court and remanding case to the District Court. Opinion. | |
| Nov | 5 | #2: | ORDER pursuant to Judgment of USCA dismissing the Indictment. (N) HART, J. | |
| Dec | 5 | #2: | TRANSMITTAL sheet dated 12-3-75 from USCA with Supplemental record on appeal containining One Sealed Evelope.  USCA #74-1471. | |
| Dec | 8 | #2: | TRANSMITTAL sheet with original record from the District Court. #74-2119. Transmittal sheet with original record from the District Court with reporters transcript (six volumes).   Preliminary record No. 74-1396 Two original supplemental record containing the District court's file copy  of the reporters transcript of proceedings, or portions-thereof. (Each record with one volume of transcript.)  #74-1471. | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

1. EUGENE J. CUNNINGHAM

United States vs. .....2.. DAVID A. WILEY............................... Cr. No. ....994-71.......... Supplemental Page No. ......9.......

| DATE | | PROCEEDINGS | |
|------|---|-------------|---|
| 975 Sep 16 | #2: | CERTIFIED copy Judgment entered USCA dated 8-22-75, reversing Judgment of the | |
| | | District Court and remanding case to the District Court. Opinion. | |
| | | | |
| Nov 5 | #2: | ORDER pursuant to Judgment of USCA dismissing the Indictment. (N) HART, J. | |
| | | | |
| Dec 5 | #2: | TRANSMITTAL sheet dated 12-3-75 from USCA with Supplemental record on appeal | |
| | | containining One Sealed Evelope.  USCA #74-1471. | |
| | | | |
| Dec 8 | #2: | TRANSMITTAL sheet with original record from the District Court.  #74-2119. | |
| | | Transmittal sheet with original record from the District Court with reporters | |
| | | transcript (six volumes).   Preliminary record No. 74-1396 | |
| | | Two original supplemental record containing the District court's file copy  of | |
| | | the reporters transcript of proceedings, or portions-thereof. (Each record | |
| | | with one volume of transcript.)  #74-1471. | |